| | | |
|---|---|---|
| CONSTANCE HENRY, on behalf of herself and all others similarly situated, | **)** **)** **)** | **United States District Court** **Northern District of Illinois** |
| Plaintiffs, | **)** **)** | |
| v. | **)** **)** **)** | Case No.: 1:26-cv-1558 |
| Odacite Inc., | **)** **)** | |
| Defendant. | **)** **)** **)** | |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND ALL DEADLINES

Plaintiff, Constance Henry and Defendant, Odacite Inc., (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Unopposed Motion to extend all current deadlines in this matter. In support thereof, the Parties state as follows:

1. Plaintiff filed the Complaint in this action on February 11, 2026.

2. Defendant Odacite Inc. was served on February 19, 2026, and its deadline to answer or otherwise respond to the Complaint is March 12, 2026.

3. On February 13, 2026, the Court entered a Minute Order directing the Parties to file a Joint Initial Status Report, consistent with Judge LS. A. Hunt's template, by April 9, 2026.

4. Defendant has only recently contacted Plaintiff's counsel in this action and has not yet had a reasonable opportunity to fully review the allegations in the Complaint, evaluate potential defenses, or assess the scope of discovery and case management issues.

5. In light of Defendant's recent contact and the need for time to review the pleadings, the Parties jointly request an extension of Defendant's deadline to answer or otherwise respond to the Complaint, up to and including April 27, 2026.

6. Additionally, for the same reasons, Parties respectfully request that the Court reschedule

1

the deadline of the initial status report and the upcoming initial status hearing be adjourned and rescheduled to a date after May 11, 2026, as the Court's calendar allows.

7. This is the Parties' first request for an extension of these deadlines.

8. This request is made in good faith and will not prejudice any party or delay the proceedings.

WHEREFORE, The Parties respectfully request that the Court enter an Order:

a. Extending Defendant Odacite Inc. deadline to answer or otherwise respond to the Complaint to **April 27, 2026**;

b. Both Plaintiff and Defendant be granted an extension of time to file the Initial Joint Status Report up to and including **May 11, 2026**;

c. Extending the deadline for the upcoming Initial Status Hearing to a date after May 11, 2026; and

d. Granting such other and further relief as the Court deems just and appropriate.

Respectfully Submitted,

Dated:  March 11, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law

2