**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CONSTANCE HENRY, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>Odacite Inc.,<br><br>        Defendant. | Civil Action No. 1:26-cv-1558<br><br>Hon. LaShonda A. Hunt |

## NOTICE OF PRESENTMENT OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that on March 17, 2026, at 10:00 AM, or as soon thereafter as counsel may be heard, Plaintiff Constance Henry, by and through its undersigned counsel, hall appear before the Honorable LaShonda A. Hunt, or any judge sitting in his or her stead in Courtroom 1425 of the United States District Judge for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 1425, Chicago, IL 60604, and shall present the following motion attached hereto:

Plaintiff's Unopposed Motion to Extend All Deadlines.

Dated:  March 11, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2026, I caused to be served the foregoing *Notice of Presentment* and *Plaintiff's Unopposed Motion to Extend All Deadlines* on all counsel of record via the Court's CM/ECF system.

Dated:  March 11, 2026

*/s/ Alison Chan*
Alison Chan
