**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CONSTANCE HENRY, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

ODACITE INC.,

Defendant.

No. 26 C 1558

Hon. LaShonda A. Hunt

# FINAL JUDGMENT ORDER

This matter is before the Court on Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 (Dkt. 15). The Court, having reviewed the Defendant's Offer of Judgment, Plaintiff's Notice of Acceptance, and proof of service, finds that Plaintiff timely accepted Defendant's Offer of Judgment in accordance with Federal Rule of Civil Procedure 68(a). Accordingly, it is ORDERED that:

1. Judgment is entered in favor of Plaintiff and against Defendant pursuant to Federal Rule of Civil Procedure 68 and in accordance with Defendant's accepted Offer of Judgment.

2. Defendant shall comply with the injunctive relief obligations set forth in the accepted Offer of Judgment, including the injunctive relief described in paragraph (b) of the Prayer for Relief in Plaintiff's Complaint.

3. Defendant shall, within twenty-four (24) months, comply with the website accessibility obligations set forth in the accepted Offer of Judgment, including:

   a. retaining the services of a qualified individual to assist Defendant in complying with WCAG 2.2 guidelines for Defendant's website;

b. ensuring that its employees are trained on website-accessibility compliance;

c. regularly monitoring its website to ensure it remains accessible; and

d. developing an accessibility policy that is clearly disclosed on Defendant's website, with contact information for users to report accessibility-related problems.

4. Pursuant to the terms of the accepted Offer of Judgment, Defendant agrees to reimburse Plaintiff's reasonable attorneys' fees and costs incurred to the date of the offer, in an amount to be agreed by the parties or, if necessary, determined by the Court.

5. Pursuant to the May 16, 2026 minute entry (Dkt. 16), the parties are encouraged to resolve any award of attorneys' fees and costs between themselves. If the parties are unable to do so, Plaintiff shall file any petition or motion for reasonable attorneys' fees and costs by June 5, 2026.

This Final Judgment resolves all of Plaintiff's claims for relief in accordance with the accepted Offer of Judgment.

**DATED**: June 3, 2026

**ENTERED**:

LaShonda A. Hunt

LASHONDA A. HUNT
United States District Judge