UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE HENRY, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>Odacite Inc.,<br><br>                    Defendant. | Civil Action No. 1:26-cv-01558<br><br><br> Hon. LaShonda A. Hunt |

## <u>NOTICE OF PRESENTMENT OF MOTION</u>

**PLEASE TAKE NOTICE** that on July 7, 2026, at 9:00 AM, or as soon thereafter as counsel may be heard, Plaintiff Constance Henry, by and through her undersigned counsel, shall appear before the Honorable LaShonda A. Hunt, or any judge sitting in her stead in Courtroom 1425 of the United States District Judge for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and shall present the following motion attached hereto:

Plaintiff's Motion for Attorneys' Fees and Costs and Memorandum of Law in Support

Dated:  June 26, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2026, I caused to be served the foregoing *Notice of Presentment* and *Plaintiff's Motion* for *Attorneys' Fees and Costs and Memorandum of Law In Support* on all counsel of record via the Court's CM/ECF system.

Dated:  June 26, 2026

*/s/ Alison Chan*_____
Alison Chan, Esq.